Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

John C. Cheeks etal

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

District of Columbia Office of Lottery and Gaming etal

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 1:25-cv-01634   JURY DEMAND
Assigned To : Friedrich, Dabney L.
Assign. Date : 5/21/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: John C. Cheeks
Street Address: 4433 P St N.W
City and County: Washington
State and Zip Code: D.C. 20007
Telephone Number: (202) 892-9583
E-mail Address: johncheeksbooktitles@gmail.com

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
MAY 21 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: D.C OFFICE OF LOTTERY & GAMING
Job or Title (if known): EUGENE VLASENKO - INTERIM EXEC.
Street Address: 2235 SHANNON PL. S.E
City and County: WASHINGTON
State and Zip Code: D.C 20020
Telephone Number: (202) 645-8000
E-mail Address (if known):

**Defendant No. 2**

Name: TAOTI ENTERPRISES, INC.
Job or Title (if known): BRITTANY BAILEY - PROJECT MANAGER
Street Address: 507 8TH ST. S.E
City and County: WASHINGTON
State and Zip Code: D.C 20003
Telephone Number: (202) 546-8946
E-mail Address (if known): DBA/TAOTI CREATIVE

**Defendant No. 3**

Name: EXECUTIVE OFFICE OF THE MAYOR
Job or Title (if known): MAYOR, MURIEL BOWSER
Street Address: 1350 PENN. AVE N.W
City and County: WASHINGTON
State and Zip Code: D.C 20004
Telephone Number: (202) 727-2643
E-mail Address (if known):

**Defendant No. 4**

Name: OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
Job or Title (if known): ATTORNEY GENERAL - BRIAN SCHWALB
Street Address: 400 6TH STREET, N.W
City and County: WASHINGTON
State and Zip Code: D.C 20001
Telephone Number: (202) 727-3400
E-mail Address (if known): OAG@DC.GOV

Defendant No. 5
Name: (AKA MUSL) MULTI STATE LOTTERY ASSOCIATION
Job or Title (if known): LEGAL DEPARTMENT
Street Address: 4400 NORTHWEST URBANDALE DR.
City and County: URBANDALE
State and Zip Code: IOWA 50322
Telephone Number: (515) 453-1400
E-mail Address (if known):

Defendant No. 6
Name: MULTI STATE LOTTERY ASSOCIATION
Job or Title (if known): LEGAL DEPARTMENT
Street Address: 8101 BIRCHWOOD CT. UNIT R
City and County: JOHNSTON
State and Zip Code: IOWA 50131
Telephone Number: (515) 725-7900
E-mail Address (if known):

Defendant No. 7
Name: MULTI STATE LOTTERY ASSOCIATION
Job or Title (if known): CHEIF EXEC. OFFICER - TERRY RICH
Street Address: 13001 UNIVERSITY AVE.
City and County: CLIVE
State and Zip Code: IOWA, 50325-8225
Telephone Number: (515) 725-7900
E-mail Address (if known):

Defendant No.
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __JOHN C. CHEEKS__, is a citizen of the State of *(name)* __WASHINGTON, D.C__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* __BRITTANY BAILEY__, is a citizen of the State of *(name)* __U.S CITIZEN__. Or is a citizen of *(foreign nation)*

    b.    If the defendant is a corporation

The defendant, (name) __TAOTI ENTERPRISES__, is incorporated under the laws of the State of (name) __D.C__, and has its principal place of business in the State of (name) __D.C__

Or is incorporated under the laws of (foreign nation) _____

and has its principal place of business in (name) __D.C__

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**POWERBALL LOTTERY GRAND PRIZE OF JAN. 07, 2023 $320,600,000.00 USD (THREE HUNDRED TWENTY MILLION SIX HUNDRED THOUSAND DOLLARS)**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**DEFENDANTS PUBLISHED WINNING ADVERTISED POWERBALL LOTTERY MATCHING TICKET NUMBERS PLAINTIFF PURCHASED BY USD AT A LICENSED RETAILER IN D.C. DEFENDANTS ADVERTISED PLAINTIFFS WINNING NUMBERS FOR 3 DAYS AS WINNING THE JACKPOT GRAND PRIZE. DEFENDANTS SCRUBBED WEB SITE AND TOLD PLAINTIFF "WE MADE A MISTAKE"!**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**1. LOTTERY FRAUD $320,600,000.00 BY DEFENDANTS (1,2,7) EACH**

**2. INTREST DUE ON LOTTERY TICKET $58,800,000.00 BY DEFENDANTS (1,2,3,7) EACH**

**3. PUNITIVE DAMAGES OF $1,100,000,000.00 UNJUST ENRICHMENT BY DEF. (7)**

**TOTAL RELIEF REQUESTED JOINTLY OR SEPERATLY $1,479,400,000.00**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 21, 2025

Signature of Plaintiff: *[signed]* Pro Se

Printed Name of Plaintiff: JOHN C. CHEEKS

#### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____